UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR EMERICK,<br><br>                                   Plaintiff,<br><br>vs.<br><br>REGUS MANAGEMENT GROUP, LLC,<br><br>                                   Defendant. | Case No.: 18cv1576-LL-DEB<br><br>**ORDER SETTING STATUS CONFERENCE** |

On January 18, 2022, Defendant filed a request to schedule a status conference for the parties to address the following issues: (1) "Defense counsel is scheduled to be in trial in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida beginning on March 28, 2022;" (2) "[w]ith trial approaching, Defendant would like to request that the Court authorize Defendant to issue Berg a subpoena for her deposition;" and (3) "[d]uring the Court's telephonic status conference on May 29, 2020, Judge Gonzalo P. Curiel directed Defendant to file a motion regarding [a] newly-discovered document, but Defendant has yet to do so. Defendant would like to raise this issue before the Court and request leave to file its motion." ECF No. 86.

The request is **GRANTED IN PART**. A status conferenced is hereby set for **February 3, 2022** at **10:30 a.m.** in **Courtroom 2B** to discuss resetting the March 28, 2022

trial date. However, all discovery disputes should be directed to the magistrate judge and comport with the magistrate judge's chambers rules for raising such disputes.

**IT IS SO ORDERED.**

DATED: January 21, 2022

Hon. Linda Lopez
United States District Judge